UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY JACKSON,

Plaintiff,

-against-

UNION,

Defendant.

1:26-CV-9927 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

In an order dated April 23, 2019, Plaintiff was barred from filing any new civil action in this court IFP without first obtaining from the court leave to file. *See Jackson v. Office of Civil Rights Comptroller*, ECF 1:19-CV-1827, 6 (S.D.N.Y. Apr. 23, 2019), *appeal dismissed*, No. 19-1298 (2d Cir. May 20, 2019) (effective June 10, 2019). Plaintiff files this new *pro se* civil action in this court, seeking *in forma pauperis* ("IFP") status, and has not sought leave from the court to file. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the court's April 23, 2019 order in *Jackson*, ECF 1:19-CV-1827, 6.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

The Court also directs the Clerk of Court to mail a copy of this order and the judgment to any self-represented party who has not consented to e-service or who has not been granted e-filing privileges.

SO ORDERED.

Dated: November 20, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge